NUMBER 13-06-671-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


___________________________________________________________________


RGV INTERNATIONAL DEVELOPMENT COMPANY, Appellant,


v.



DERRTY SOUTH ENTERTAINMENT, INC., Appellee.

___________________________________________________________________


On appeal from the 93rd District Court


of Hidalgo County, Texas.


___________________________________________________________________


MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Garza and Benavides


Memorandum Opinion Per Curiam


 Appellant, RGV INTERNATIONAL DEVELOPMENT COMPANY, perfected an
appeal from an order granting temporary injunction entered by the 93rd District Court
of Hidalgo County, Texas, in cause number C-2723-06-B. After the record and
appellant's brief were filed, appellant filed a motion to dismiss the appeal as moot. 
In the motion, appellant states that on December 19, 2006, the trial court signed an
order dissolving the temporary injunction. Appellant states that all issues on appeal
before this Court are now moot. Appellant requests that this Court dismiss the appeal
as moot.

 The Court, having considered the documents on file and appellant's motion to
dismiss the appeal, is of the opinion that the motion should be granted. Appellant's
motion to dismiss the appeal as moot is granted, and the appeal is hereby DISMISSED
AS MOOT.

 PER CURIAM

Memorandum Opinion delivered and filed this

the 25th day of January, 2007.